_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                      CHAPTER 13 PROCEEDING:
   CHRISTINA LOUISE BURGE                                    20-51674 KMS
   WAYNE THOMAS BURGE
   952 Triggs Rd                                              SSN:  XXX-XX-3597
   Hattiesburg, MS  39401

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   GREAT NORTHERN ENGINEERING
   ATTN: PAYROLL DEPT
   1977 EAST BOGARD ROAD
   WASILLA, AK  99654

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net