United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-51674-KMS
Christina Louise Burge  Chapter 13
Wayne Thomas Burge
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6  User: mssbad  Page 1 of 2
Date Rcvd: Nov 04, 2025  Form ID: pdf012  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christina Louise Burge, Wayne Thomas Burge, 952 Triggs Rd, Hattiesburg, MS 39401-8550 |
|  | + Great Northern Engineering, ATTN: Payroll Dept, 1977 East Bogard Road, Wasilla, AK 99654-6525 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

David Rawlings
     on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
     ecfnotices@rawlings13.net sduncan@rawlings13.net

Elizabeth Crowell Price
     on behalf of Creditor CitiMortgage  Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com

Erno D Lindner
     on behalf of Creditor Bank OZK elindner@bakerdonelson.com dspiegel@bakerdonelson.com

Holly R Ratcliff
     on behalf of Creditor Cenlar  FSB hratcliff@jandllawfirm.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 04, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Jennifer A Curry Calvillo
    on behalf of Debtor Christina Louise Burge jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
    on behalf of Joint Debtor Wayne Thomas Burge jennifer@therollinsfirm.com
    jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kimberly D. Putnam
    on behalf of Creditor CitiMortgage Inc. kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Michael Lindsey
    on behalf of Creditor Cenlar FSB mlindsey@jandllawfirm.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Wayne Thomas Burge trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Christina Louise Burge trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 PROCEEDING:
  CHRISTINA LOUISE BURGE                       20-51674 KMS
  WAYNE THOMAS BURGE
  952 Triggs Rd                                             SSN:  XXX-XX-3597
  Hattiesburg, MS  39401

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  GREAT NORTHERN ENGINEERING
  ATTN: PAYROLL DEPT
  1977 EAST BOGARD ROAD
  WASILLA, AK  99654

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net