**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Christina Louise Burge | Case No. 20-51674-KMS |
| | Wayne Thomas Burge, Debtors | Chapter 13 |

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Christina Louise Burge                     11-18-2025
        Christina Louise Burge                                   Date

        /s/ Wayne Thomas Burge                     11-18-2025
        Wayne Thomas Burge                                   Date

        /s/ Thomas C. Rollins, Jr.                       11-18-2025
        Thomas C. Rollins, Jr., MS Bar No. 103469             Date
        Attorney for the Debtors
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

     On November 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51674 |
|---|---|
| CHRISTINA LOUISE BURGE<br>WAYNE THOMAS BURGE | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/19/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>CHRISTINA LOUISE BURGE<br>WAYNE THOMAS BURGE | CASE NO: 20-51674<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/19/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/19/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 20-51674
SOUTHERN DISTRICT OF MISSISSIPPI
WED NOV 19 9-11-54 PST 2025

(P)BANK OZK
ATTN ATTENTION LEGALBANKRUPTCY
P O BOX 8811
LITTLE ROCK AR 72231-8811

~~EXCLUDE~~

~~(U)CENLAR FSB~~

CITIMORTGAGE INC
425 PHILLIPS BLVD
EWING NJ 08618-1430

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

VANDERBILT MORTGAGE AND FINANCE INC
PO BOX 9800
MARYVILLE TN 37802-9800

WELLS FARGO BANK NA
MAC Q2132023 PO BOX 94423
ALBUQUERQUE NM 87199

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

(P)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BBT
PO BOX 3285
COPPELL TX 75019-4294

BANK OZK
P O BOX 196
OZARK AR 72949-0196

BANK OZK FORMERLY KNOWN AS BANK OF THE OZARK
OFFICE OF GENERAL COUNSEL
PO BOX 8811
LITTLE ROCK AR 72231-8811

BANK OZK FORMERLY KNOWN AS BANK OF THE OZAR
OFFICE OF GENERAL COUNSEL
PO BOX 8811
LITTLE ROCK AR 72231-8811

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CSC LOGICBBT
P O BOX 650657
DALLAS TX 75265-0657

(P)CREDIT CONTROL LLC
ATTN CORRESPONDENCE
3300 RIDER TRAIL S
SUITE 500
EARTH CITY MO 63045-1338

~~EXCLUDE~~

~~(D)(P)CREDIT CONTROL LLC~~
~~ATTN CORRESPONDENCE~~
~~3300 RIDER TRAIL S~~
~~SUITE 500~~
~~EARTH CITY MO 63045-1338~~

CITIMORTAGE INC
CENLAR FSB ATTN BANKRUPTCY DEPT
425 PHILLIPS BLVD
EWING NJ 08618-1430

COMENITYCAPDIAMNDSINT
PO BOX 182120
COLUMBUS OH 43218-2120

ELIZABETH CROWELL PRICE ESQ
DEAN MORRIS LLC
ATTORNEY FOR CITIMORTGAGE INC
1820 AVENUE OF AMERICA
MONROE LA 71201-4530

ERNO LINDNER
BAKER DONELSON BEARMAN CALDWELL BER
ATTORNEY FOR BANK OZK FORMERLY KNOWN AS
633 CHESTNUT STREET SUITE 1900
CHATTANOOGA TENNESSEE 37450-1801

HOLLY RATCLIFF ESQ
FOR CENLAR FSB
244 INVERNESS CENTER DRIVE
SUITE 200
BIRMINGHAM AL 35242-4834

KIMBERLY D PUTNAM
DEAN MORRIS LLC
FOR CITIMORTGAGE INC
1820 AVENUE OF AMERICA
MONROE LA 71201-4530

~~EXCLUDE~~

~~(D)LVNV FUNDING LLC~~
~~CO RESURGENT CAPITAL SERVICES~~
~~PO BOX 10587~~
~~GREENVILLE SC 29603-0587~~

NAVY FCU
820 FOLLIN LANE SE
VIENNA VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | SYNCHRONY BANK<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | TRUIST BANK<br>TRUIST BANK SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND VA 23286-0001 |
| EXCLUDE<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | EXCLUDE<br><br>~~(D)VANDERBILT MORTGAGE AND FINANCE INC~~<br>~~P O BOX 9800~~<br>~~MARYVILLE TN 37802-9800~~ | VANDERBILT MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 9800<br>MARYVILLE TN 37802-9800 |
| EXCLUDE<br><br>~~(D)VANDERBILT MORTGAGE AND FINANCE INC~~<br>~~PO BOX 9800~~<br>~~MARYVILLE TN 37802-9800~~ | WELLS FARGO<br>PO BOX 94435<br>ALBUQUERQUE NM 87199-4435 | WELLS FARGO<br>PO BOX 14517<br>DES MOINES IA 50306-3517 |
| WELLS FARGO BANK NA<br>435 FORD ROAD SUITE 300<br>ST LOUIS PARK MN 55426-4927 | WELLS FARGO BANK NA WELLS FARGO CARD SER<br>PO BOX 10438 MAC F823502F<br>DES MOINES IA 50306-0438 | DEBTOR<br><br>CHRISTINA LOUISE BURGE<br>952 TRIGGS RD<br>HATTIESBURG MS 39401-8550 |
| EXCLUDE<br><br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | EXCLUDE<br><br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

WAYNE THOMAS BURGE
952 TRIGGS RD
HATTIESBURG MS 39401-8550