United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-51674-KMS
Christina Louise Burge  Chapter 13
Wayne Thomas Burge
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Dec 19, 2025      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christina Louise Burge, Wayne Thomas Burge, 952 Triggs Rd, Hattiesburg, MS 39401-8550 |
| cr | + | CitiMortgage, Inc., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4964758 | + | CitiMortage, Inc., Cenlar FSB Attn Bankruptcy Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4966512 | + | Erno Lindner, Baker, Donelson, Bearman, Caldwell & Ber, Attorney for Bank OZK, formerly known as, 633 Chestnut Street, Suite 1900, Chattanooga, Tennessee 37450-1801 |
| 4958744 | + | Holly Ratcliff, Esq., for Cenlar FSB, 244 Inverness Center Drive, Suite 200, Birmingham, AL 35242-4834 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@ozk.com | Dec 19 2025 19:29:00 | Bank OZK, Office of General Counsel, P.O. Box 8811, Little Rock, AR 72231 |
| cr | | EDI: WFFC2 | Dec 20 2025 00:27:00 | Wells Fargo Bank, N.A., MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 4955563 | | Email/Text: bankruptcy@bbandt.com | Dec 19 2025 19:29:00 | BB&T, In Care of Bankruptcy Dept, Po Box 1847, Wilson, NC 27894 |
| 4955562 | + | Email/Text: bankruptcy@bbandt.com | Dec 19 2025 19:29:00 | BB&T, P.O. Box 3285, Coppell, TX 75019-4294 |
| 4955561 | + | Email/Text: kim.burnette@ozk.com | Dec 19 2025 19:29:00 | Bank OZK, P. O. Box 196, Ozark, AR 72949-0196 |
| 4965048 | + | Email/Text: bankruptcynotices@ozk.com | Dec 19 2025 19:29:00 | Bank OZK formerly known as Bank of the Ozarks, Office of General Counsel, P.O. Box 8811, Little Rock, AR 72231-8811 |
| 4955560 | + | EDI: BANKAMER | Dec 20 2025 00:27:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 4955565 | | Email/Text: correspondence@credit-control.com | Dec 19 2025 19:29:00 | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628 |
| 4955564 | | Email/Text: correspondence@credit-control.com | Dec 19 2025 19:29:00 | Central Loan, Po Box 77404, Ewing, NJ 08628 |
| 4955566 | + | EDI: WFNNB.COM | Dec 20 2025 00:27:00 | Comenitycap/diamndsint, Po Box 182120, Columbus, OH 43218-2120 |
| 5185821 | | ^ MEBN | Dec 19 2025 19:26:03 | Elizabeth Crowell Price, Esq., Dean Morris, LLC, Attorney for CitiMortgage, Inc., 1820 Avenue of America, Monroe LA 71201-4530 |
| 5327877 | + | Email/Text: msecf@ms.creditorlawyers.com | Dec 19 2025 19:29:00 | Kimberly D. Putnam, Dean Morris, LLC, For CitiMortgage, Inc., 1820 Avenue of America, Monroe, LA 71201-4530 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 5185118 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2025 19:38:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4955567 | + | EDI: NFCU.COM | Dec 20 2025 00:27:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 4955568 | + | EDI: NFCU.COM | Dec 20 2025 00:27:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 4972891 | | EDI: PRA.COM | Dec 20 2025 00:27:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4970342 | | EDI: Q3G.COM | Dec 20 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4955569 | + | EDI: SYNC | Dec 20 2025 00:27:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 5225696 | + | Email/Text: bankruptcy@bbandt.com | Dec 19 2025 19:29:00 | Truist Bank, Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4955570 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 19 2025 19:29:00 | Vanderbilt Mortgage, 500 Alcoa Trail, Maryville, TN 37804 |
| 4955571 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 19 2025 19:29:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 4956915 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Dec 19 2025 19:29:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 4955573 | + | EDI: WFCCSBK | Dec 20 2025 00:27:00 | Wells Fargo, P.o. Box 94435, Albuquerque, NM 87199-4435 |
| 4955572 | + | EDI: WFHOME | Dec 20 2025 00:27:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 4958338 | + | EDI: WFHOME | Dec 20 2025 00:27:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 4962219 | | EDI: WFCCSBK | Dec 20 2025 00:27:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar, FSB |
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 5074111 | *+ | Bank OZK, formerly known as Bank of the Ozarks, Office of General Counsel, P.O. Box 8811, Little Rock, AR 72231-8811 |
| 4958408 | ##+ | CSC LOGIC/BB&T, P O Box 650657, Dallas, TX 75265-0657 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 3180W | Total Noticed: 31 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Elizabeth Crowell Price | on behalf of Creditor CitiMortgage  Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com |
| Erno D Lindner | on behalf of Creditor Bank OZK elindner@bakerdonelson.com  dspiegel@bakerdonelson.com |
| Holly R Ratcliff | on behalf of Creditor Cenlar  FSB hratcliff@jandllawfirm.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Wayne Thomas Burge jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Christina Louise Burge jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Kimberly D. Putnam | on behalf of Creditor CitiMortgage  Inc. kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Michael Lindsey | on behalf of Creditor Cenlar  FSB michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Wayne Thomas Burge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christina Louise Burge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christina Louise Burge** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3539** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Wayne Thomas Burge** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3597** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20–51674–KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Christina Louise Burge**
aka Christy Burge

**Wayne Thomas Burge**
aka Wayne T Burge

Dated: 12/19/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**