United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-51674-KMS |
| Christina Louise Burge | Chapter 13 |
| Wayne Thomas Burge | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: van022 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID          Recipient Name and Address**
db/jdb          + Christina Louise Burge, Wayne Thomas Burge, 952 Triggs Rd, Hattiesburg, MS 39401-8550

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name                    Email Address**

David Rawlings
          on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
          ecfnotices@rawlings13.net  sduncan@rawlings13.net

Elizabeth Crowell Price
          on behalf of Creditor CitiMortgage  Inc. Eprice@hwmlawfirm.com, ecfmail@hwmlawfirm.com

Erno D Lindner
          on behalf of Creditor Bank OZK elindner@bakerdonelson.com  dspiegel@bakerdonelson.com

Holly R Ratcliff
          on behalf of Creditor Cenlar  FSB hratcliff@jandllawfirm.com

Jennifer A Curry Calvillo

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: van022 | Total Noticed: 1 |

on behalf of Joint Debtor Wayne Thomas Burge jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

on behalf of Debtor Christina Louise Burge jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kimberly D. Putnam

on behalf of Creditor CitiMortgage  Inc. kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Michael Lindsey

on behalf of Creditor Cenlar  FSB michaell@hwmlawfirm.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Wayne Thomas Burge trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor Christina Louise Burge trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                                              **Case No.:** 20−51674−KMS

Christina Louise Burge                                                        **Chapter:** 13
aka Christy Burge

Wayne Thomas Burge
aka Wayne T Burge

**FINAL DECREE/ORDER CLOSING CASE**

    The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

    **ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

    **DATED:** 2/18/26                                    **/s/Katharine M. Samson**
                                                                       **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022−OCAC